UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CDBD HOLDINGS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH SLAVUTSKY, ET AL., <br><br> Defendants. | 23-cv-0071 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's response to the Court's Order to Show Cause at ECF No. 37.  The Court deems the order **SATISFIED** and grants Plaintiff leave to file an amended complaint by **March 8, 2023.**

SO ORDERED.

Dated:  **March 1, 2023**
         **New York, New York**

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**