```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

        Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

        Defendants.

23-CV-71 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's motion for a temporary restraining order (TRO) and preliminary injunction. (Dkt. 70.) No later than **August 29, 2023** at **12:00 p.m.**, Plaintiff requested leave to file the settlement agreement between defendant Elizabeth Slavutsky and Seyfarth Shaw, LLP "in camera." *See* Dkt. 71 at 1. Plaintiff shall promptly file the settlement agreement under seal, at the "*ex parte*" level (i.e., visible only to the filing party and the Court) – together with a letter-motion explaining the need for "*ex parte*" sealing (as opposed to sealing at the "selected parties" level (i.e., visible to designated parties and the Court, but not the public).

    Defendants (other than Elizabeth Slavutsky) shall file any opposition to the TRO motion no later than **August 30, 2023** at **5:00 p.m.**

Dated: New York, New York
        August 28, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**