```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

        Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

        Defendants.

23-CV-71 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic hearing, plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. 70) is DENIED.

Dated:  New York, New York
         August 31, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**