```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

      Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

      Defendants.

23-CV-71 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference:

1. The parties shall meet and confer regarding defendants' untimely responses to plaintiff's requests for admission. Any motion by plaintiff pursuant to Fed. R. Civ. P. 36(a)(4) shall be filed no later than **October 26, 2023**.

2. The discovery scheduled is EXTENDED as follows: all fact depositions shall be completed no later than **December 19, 2023**, and all discovery shall be completed no later than **January 19, 2024**.

3. The Court will conduct a status conference on **January 10, 2024**, at **10:00 a.m.** No later than **January 3, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, advising the Court of any unresolved discovery or scheduling disputes, and updating the Court as to the parties' settlement efforts.

Dated: New York, New York
       October 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**