USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

        Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

        Defendants.

23-CV-71 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The status conference scheduled for March 12, 2024 (*see* Dkt. 91) will take place at **10:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       January 19, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**