UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

        Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

        Defendants.

23-CV-71 (BCM)

**ORDER REGARDING MOTION TO DISMISS THIRD-PARTY COMPLAINT AND CROSS-MOTION TO AMEND**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, the motion of third-party defendant Christopher Diamantis to dismiss the third-party complaint (Dkt. 63) is hereby GRANTED, and the motion of defendant and third-party plaintiff Elizabeth Slavutsky to amend her answer and third-party complaint (Dkt. 65) is hereby DENIED.

    The Clerk of Court is respectfully directed to close the foregoing motions.

Dated: New York, New York
       March 12, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**