UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS,

        Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

        Defendants.

23-CV-71 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2024_

**BARBARA MOSES, United States Magistrate Judge.**

    The Court's Order Regarding Attorney Withdrawal dated March 12, 2024 (Dkt. 100) granted the unopposed motion of attorney John Lehr for leave to withdraw as counsel for all defendants and third-party plaintiff and provided that his withdrawal would "be effective once he has served a copy of (i) this Order and (ii) the Court's Order Regarding Motion to Dismiss Third-Party Complaint and Cross-Motion to Amend (Dkt. 99) on his clients and filed proof of such service on the docket."

    Attorney Lehr having filed proof of such service (*see* Dkts. 101, 102), the Clerk of Court is respectfully directed to remove him from the docket as counsel of record for all defendants and third-party plaintiff.

Dated: New York, New York
       March 18, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**