USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDBD HOLDINGS, INC.,

Plaintiff,

-against-

ELIZABETH SLAVUTSKY, et al.,

Defendants.

23-CV-71 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

WHEREAS, plaintiff filed this action on January 5, 2023 (Dkt. 1) against individual defendants Elizabeth Slavutsky and Yanna Slavutsky, and corporate defendants Yes Food LLC, d/b/a Blue Dog Café; Angelic Foods Inc., d/b/a Blue Dog Kitchen Bar; Blue Dog Café at Le Parker Meridien Inc.; Healthy Haven Inc., d/b/a Blue Dog Commissary; Lavender Kale LLC; Pear Squared LLC; Violet Pear Squared LLC; and Purple Coconut, LLC; and

WHEREAS, Elizabeth Slavutsky file a third-party complaint (Dkt. 62) against Christopher Diamantis and D&D Funding II, LLC; and

WHEREAS, attorney John Lehr was granted leave to withdraw as counsel of record for all defendants, and for Elizabeth Slavutsky as third-party plaintiff, effective March 18, 2024 (Dkts. 100, 103); and

WHEREAS, the Court ordered on May 12, 2024, that, "[i]f by April 11, 2024, the corporate defendants have failed to appear through new counsel or the individual defendants have failed to appear through new counsel or pro se, plaintiff may commence default proceedings against them" (Dkt. 100); and

WHEREAS, none of the corporate defendants has appeared through new counsel, and neither of the individual defendants has appeared through new counsel or filed a Notice of Pro Se Appearance with contact information; and

WHEREAS, plaintiff filed a Request for Entry of Default on May 14, 2024 (Dkt 106), including a proof of service of same (Dkt. 106 at 4), accompanied by an Affidavit in Support (Dkt. 106-1), and a proposed Clerk's Certificate of Default (Dkt. 107); and

WHEREAS, the Clerk found that the proposed Clerk's Certificate of Default at Dkt. 107 was deficient, and directed plaintiff to re-file a corrected proposed certificate; and

WHEREAS, on June 7, 2024, plaintiff filed a proposed Clerk's Certificate of Default as to defendants Angelic Foods Inc., Pear Square LLC, Yanna Slavutsky, and Violet Pear Squared LLC (Dkt. 108), accompanied by an Affidavit in Support (Dkt. 109), but no proof of service; and

WHEREAS, on June 7, 2024, the Clerk issued a Certificate of Default as to defendants Angelic Foods Inc., Pear Square LLC, Yanna Slavutsky, and Violet Pear Squared LLC (Dkt. 110); and

WHEREAS, on June 10, 2024, plaintiff filed a proposed Clerk's Certificate of Default as to defendants Blue Dog Café at Le Parker Meridien Inc., Healthy Haven Inc., Blue Dog Commissary, Lavender Kale LLC, Purple Coconut LLC, and Elizabeth Slavutsky (Dkt. 111), accompanied by an Affidavit in Support (Dkt. 112), but no proof of service; and

WHEREAS, on June 10, 2024, the Clerk issued a Certificate of Default as to defendants Blue Dog Café at Le Parker Meridien Inc., Healthy Haven Inc., Blue Dog Commissary, Lavender Kale LLC, Purple Coconut LLC, and Elizabeth Slavutsky (Dkt. 113); and

WHEREAS, plaintiff has not moved pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civ. R. 55.2 for a final default judgment against any of the defaulted parties;

NOW THEREFORE, it is hereby ORDERED that:

(1)     Plaintiff shall promptly serve the proposed Clerk's Certificate of Default as to defendants Angelic Foods Inc., Pear Square LLC, Yanna Slavutsky, and Violet Pear

Squared LLC (Dkt. 108), together with its Affidavit in Support (Dkt. 109), and the proposed Clerk's Certificate of Default as to defendants Blue Dog Café at Le Parker Meridien Inc., Healthy Haven Inc., Blue Dog Commissary, Lavender Kale LLC, Purple Coconut LLC, and Elizabeth Slavutsky (Dkt. 111), together with its Affidavit in Support (Dkt. 112), in accordance with Local Civil Rule 55.1(a)(4).

(2)    Any motion for a final default judgment must be filed, in accordance with Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2, no later than **August 23, 2024**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 106.

Dated: New York, New York
       July 17, 2024

                              **SO ORDERED.**

                              _____
                              BARBARA MOSES
                              United States Magistrate Judge

3