**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CDBD HOLDINGS, INC.,

               Plaintiff,

23 **CIVIL** 0071 (BCM)

     -against-

**DEFAULT JUDGMENT**

ELIZABETH SLAVUTSKY, et al,

              Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated March 14 2025, plaintiff's motion for a default judgment against defendants Elizabeth Slavutsky, Yes Food LLC d/b/a Blue Dog Café, Angelic Foods Inc. d/b/a Blue Dog Kitchen Bar, Blue Dog Café at Le Parker Meridien Inc., Healthy Haven Inc. d/b/a Blue Dog Commissary, Lavender Kale LLC, Pear Squared LLC, Violet Pear Squared LLC, and Purple Coconut LLC, is GRANTED. Plaintiff is entitled to a judgment in the amount of $10,506,052.43, running jointly and severally against these defendants, on its breach of contract claim. Post-judgment interest will accrue at the federal rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
           March 14, 2025

                                        **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                    **BY**: _____
                                          **Deputy Clerk**